**Order filed, June 14, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00292-CR
_____

**JUSTIN DEWAYNE WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 64700**

---

## ORDER

The reporter's record in this case was due **May 14, 2012**, 2012. *See* Tex. R. App. P. 35.1. On May 14, 2012, this court granted the court reporters request for extension of time to file the record until June 13, 2012. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **Ida Salinas** to file the record in this appeal **on or before July 13, 2012. No further extension will be entertained absent exceptional circumstances**. The trial

and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Ida Salinas** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM